UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    CHARLES E. HALL, III
    LISA M. HALL

    Debtors.

    CASE NO.  08-35155-DOT
    CHAPTER 13

**CONSENT ORDER**

THIS CAUSE came upon the objection of Ford Motor Credit Company LLC ("Ford"), made to the confirmation of the debtor's Chapter 13 plan;

WHEREUPON, it appearing to the Court that all controversies between the parties have been resolved with respect to the 2003 Ford Ranger, VIN 1FTYR44E43PB84201 involved herein; it is therefore

ORDERED that Ford shall retain its lien on the 2003 Ford Ranger, VIN 1FTYR44E43PB84201;

It is further ORDERED that Ford is allowed a secured claim in the amount of $9,850.00;

It is further ORDERED that Ford is allowed interest at the rate of 8.9% on its secured claim;

It is further ORDERED that the debtors shall amend their Chapter 13 plan within twenty

Carl A. Eason, Esquire
Counsel for Ford
Wolcott Rivers Gates
One Columbus Center, Suite 1100
Virginia Beach, VA 23462
(757) 497-6633
VSB# 18636

(20) days of entry of this Order;

Copies of the Order shall be mailed or electronically transmitted to Carl A. Eason, One Columbus Center, Suite1100, Virginia Beach, Virginia 23462, counsel for Ford; Richard James Oulton, Esquire, P.O. Box 5158, Glen Allen, VA 23058, counsel for debtor, to Carl M. Bates, Esquire, P.O. Box 1819, Richmond, VA 23218, and to the debtor, 3501 Tanelorn Dr. # 1424, Richmond, VA 23294.

ENTER:

_____
JUDGE
Notice of Judgement or Order
Entered _____

I ask for this:


    /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for Ford
One Columbus Center, Suite 1100
Virginia Beach, VA 23462

Seen and Agreed:


     /s/ Richard James Oulton
Richard James Oulton, Esquire VSB#19455
Counsel for Debtors
P.O. Box 5158
Glen Allen, VA 23058

Seen:


     /s/ Carl M. Bates
Carl M. Bates, Esquire
Trustee
P.O. Box 1819
Richmond, VA 23218

CERTIFICATION OF ENDORSEMENT

      I hereby certify that all necessary parties involved in this matter have seen and endorsed this instant order.

                                        /s/ Carl A. Eason